UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

November 16, 2006

Reply to Southern Division Address
6500 Cherrywood Lane
Greenbelt, MD 20770

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

06 - 476 - M - 01

**FILED**

NOV 17 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Our No. 06-4714 JKS
Your No. 06-476-M-01
United States of America v Queen Nwoye

Dear Clerk:

Enclosed please find the following documents:

1. Criminal Complaint
2. Warrant for Arrest
3. Criminal Memo
4. Order Appointing Public Defender
5. Waiver of Rule 40 Hearing
6  Order of Setting Conditions of Release
7. Receipt for Passport

Please acknowledge receipt and return to the undersigned.

If you should have any questions, please do not hesitate to contact the undersigned at 301-344-3123.

Sincerely,

Patricia K. Fosbrook
Deputy Clerk

enc.    Received on _____ by_____

# U.S. District Court
## District of Maryland (Greenbelt)
### CRIMINAL DOCKET FOR CASE #: 8:06-mj-04714-JKS All Defendants
### Internal Use Only

Case title: USA v. Nwoye                                Date Filed: 11/16/2006

Assigned to: Magistrate Judge Jillyn K. Schulze

**Defendant**

**Queen Nwoye** (1)

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875B.F Transmitin interstate and foreign commerce a communication containing a threat to injure | |

**Plaintiff**

USA                      represented by  **Michael R Pauze**
                                         United States Attorneys Office
                                         6500 Cherrywood Ln Ste 400
                                         Greenbelt, MD 20770
                                         13013444433
                                         Fax: 13013444516
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/14/2006 | 1 | CRIMINAL COMPLAINT and Affidavit in Support of Criminal Complaint as to Queen Nwoye (1). (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | 2 | Arrest Warrant Issued by Judge Jillyn K. Schulze in case as to Queen Nwoye. (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | | Initial Appearance in Rule 5(c)(3) Proceedings as to Queen Nwoye held on 11/14/2006 before Judge Jillyn K. Schulze. (FTR: Merez 3-A.) (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | | Financial Affidavit by Queen Nwoye (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Queen Nwoye Signed by Judge Jillyn K. Schulze on 11/14/06. (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | 4 | WAIVER of Rule 5(c)(3) Hearing by Queen Nwoye (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/14/2006 | 5 | ORDER Setting Conditions of Release as to Queen Nwoye. Signed by Judge Jillyn K. Schulze on 11/14/06. (pkf, Deputy Clerk) (Entered: 11/16/2006) |
| 11/15/2006 | 6 | Receipt for Surrender of Passport as to Queen Nwoye (pkf, Deputy Clerk) (Entered: 11/16/2006) |