## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES AMERICA:**

|  | : |  |
|---|---|---|
| **v.** | : | **Cr. No. 06-476M-01 (JMF)** |
|  | : |  |
| **QUEEN NWOYE,** | : |  |
|  | : |  |
| **Defendant.** | : |  |

## CONSENT MOTION TO CONTINUE STATUS HEARING AND TO TOLL COMPUTATION OF TIME UNDER SPEEDY TRIAL ACT

The defendant, Queen Nwoye, by and through moves the Court to continue the status hearing in the above matter, now scheduled for December 18, 2006, at 1:30 p.m., and to toll computation of time under the Speedy Trial Act of 1974, as amended (STA), with respect to filing of an indictment for 60 days.

The parties are currently engaged in negotiations to resolve this case without a trial. The defendant is not being held in this matter. The interests of justice outweigh the interests of the defendant and the public in a speedy trial, because time is needed for the negotiations to continue.

Counsel for the government has advised that the government joins this motion. The parties request a new status date of February 15, 2007, at 1:30 p.m.

A proposed Order is attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
Michelle Peterson
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, D.C.   20004

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES AMERICA:

          :

      v.            :   **Cr. No. 06-476M-01 (JMF)**

          :

QUEEN NWOYE,         :

          :

     Defendant.     :

_____

## ORDER

Upon the unopposed motion of the defendant to continue the status hearing in this matter and to exclude 60 days in computing the time within which an indictment must be returned in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

***ORDERS*** that the status hearing scheduled for December 18, 2006, is continued to February 15, 2007, at 1:30 p.m.

The court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding 60 days, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the STA, 60 days is excluded in computing the time within which an indictment in this case must be returned.

***SO ORDERED***.

DATE:                      _____

                              MAGISTRATE JUDGE JOHN M. FACCIOLA
                              UNITED STATES DISTRICT COURT