UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES AMERICA:

v.                                  : Cr. No. 06-476M-01 (JMF)

QUEEN NWOYE,

Defendant.

**FILED**

DEC 1 4 2006

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Upon the unopposed motion of the defendant to continue the status hearing in this matter and to exclude 60 days in computing the time within which an indictment must be returned in the instant case, under the Speedy Trial Act of 1974, as amended (STA), the Court hereby

*ORDERS* that the status hearing scheduled for December 18, 2006, is continued to February 15, 2007, at 1:30 p.m.

The court also finds that the ends of justice are best served, and outweigh the best interests of the public and the defendant in a speedy trial, in excluding 60 days, because such exclusion will facilitate negotiations for resolving the case without a trial.

Accordingly, it is hereby further ORDERED that pursuant to the STA, 60 days is excluded in computing the time within which an indictment in this case must be returned.

*SO ORDERED*.

DATE: 12/14/06

MAGISTRATE JUDGE JOHN M. FACCIOLA
UNITED STATES DISTRICT COURT